UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
CITIZENS FOR RESPONSIBILITY AND  )
ETHICS IN WASHINGTON,            )
                                 )
        Plaintiff,               )
                                 )
   v.                            )   Civil Action No. 17-1855 RCL
                                 )
                                 )
UNITED STATES DEPARTMENT OF THE  )
TREASURY                         )
                                 )
        Defendant.               )
_____)
```

[~~PROPOSED~~] **ORDER**

The Court having considered the Joint Status Report filed by the parties on December 15, 2017, it is hereby

ORDERED that the Treasury Department shall complete its production of non-exempt portions of responsive records that do not implicate security concerns and that have not required consultation with the Executive Office of the President ("EOP") no later than the week of December 18, 2017, and it is further

ORDERED that the Treasury Department shall complete its production of the remaining non-exempt portions of responsive records that have not required consultation with the Executive Office of the President ("EOP") no later than January 18, 2018, and it is further

ORDERED that the Treasury Department shall complete its production of non-exempt portions of responsive records that

required consultation with the Executive Office of the President ("EOP") no later than February 15, 2018.

Dated: 12/18/17

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC  20530

ANNE L. WEISMANN, ESQ.
Citizens for Responsibility
  and Ethics in Washington
455 Massachusetts Ave., N.W.
Washington, DC  20001