UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF TREASURY,<br><br>　　　　Defendant. | Civil Action No. 17-1855 (RCL) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a) Plaintiff, Citizens for Responsibility and Ethics in Washington, and Defendant, U.S. Department of Treasury, hereby stipulate and agree to dismissal of this action with prejudice.

Respectfully submitted,

/s/ *Anne L. Weismann*
Anne L. Weismann
(D.C. Bar No. 298190)
Adam J. Rappaport
(D.C. Bar No. 479866)
Citizens for Responsibility and Ethics
　in Washington
455 Massachusetts Ave., N.W.
Washington, D.C. 20001
Phone: (202) 408-5565
aweismann@citizensforethics.org

*Attorneys for Plaintiff*

JESSIE K. LIU, DC Bar #472845
United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

By:　/s/ *Jane M. Lyons*
JANE M. LYONS, DC Bar #451737
Assistant United States Attorney
555 4th Street, N.W. – Room E4816
Washington, D.C. 20530
(202) 252-2540
jane.lyons@usdoj.gov

*Counsel for Defendant*